# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**CATHERINE HILL,**

  **Plaintiff,**                      Case No. 8:15-cv-01264-RAL-AEP

  **v.**

**DFS SERVICES, LLC,**

  **Defendant.**
_____/

## NOTICE OF SETTLEMENT

     Plaintiff hereby notifies the Court that the parties have reached a settlement in principle in this action. Upon full execution of a settlement agreement and compliance with all terms set forth therein, this matter will be dismissed, with prejudice.

                                                 **RESPECTFULLY SUBMITTED,**

                                                 /s/ Jon Dubbeld_____
                                                 Jon Dubbeld, Esq.
                                                 FBN: 105869
                                                 2154 Duck Slough Blvd.
                                                 Suite 101
                                                 Trinity, FL 34655
                                                 (813) 221-0500
                                                 (813) 943-3203 (FAX)
                                                 Counsel for Plaintiff

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on June 16, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record in the above-captioned case.

                                                 /s/ Jon Dubbeld_____